UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEATRIZ CORONA CORTES, *individually and on behalf of all others similarly situated*, et al.<br><br>      Plaintiffs,<br><br>   -against-<br><br>CORNED BEEF EXPRESS, LLC et al.,<br><br>      Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  10/30/2020 <br><br>20-cv-3546 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  A review of court records shows that Plaintiffs initiated this action by filing a complaint on May 6, 2019 [ECF #1]. However, no proof of service of the summons and complaint has been filed [*see* ECF #9, 15, 16, 17, 18, 19]. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, IT IS HEREBY ORDERED that, by November 13, 2020, Plaintiffs shall serve the summons and complaint on Defendants and shall file proof of such service on ECF. Failure to comply might result in dismissal of this action for failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: October 30, 2020           _____
    New York, NY             **MARY KAY VYSKOCIL**
                      **United States District Judge**