UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEATRIZ CORONA CORTES, *individually and on behalf of all others similarly situated*, et al.

                Plaintiffs,

-against-

CORNED BEEF EXPRESS, LLC et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

20-cv-3546 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

      The Court will hold a default judgment hearing on December 3, 2021 at 11:30 AM. The hearing will be held by telephone. To join, dial 888-278-0296 and enter access code 5195844. All submissions in connection with the hearing must be filed one week in advance. The parties are directed to consult the Default Judgment Procedure set forth in the Court's Individual Rules. Plaintiffs shall serve a copy of this Order on Defendants, and file proof of such service on ECF, by November 23, 2021.

**SO ORDERED.**

Date: November 18, 2021
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**