# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510   Telephone: (212) 317-1200
New York, New York 10165   Facsimile: (212) 317-1620

April 26, 2023

VIA ECF
Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York. NY 10007

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: April 27, 2023

Re:   Cortes et al. v. Corned Beef Express, LLC et al
      Docket No.: 20-cv-03546-MKV

Your Honor:

Our office represents Plaintiffs in the above-referenced action. On April 14, 2023, the Court ordered Plaintiffs to renew their default motion, if they wish, by May 1, 2023. Plaintiffs are currently in the process of requesting certificates of default based upon their renewed service of the Complaint on certain Defendants (Docket No. 57). Plaintiffs also anticipate needing to revise their default motion to reflect the updated service. As such, Plaintiffs respectfully request a three-week extension of the deadline to renew their default motion. The new deadline would be May 17, 2023. This is the first request of its kind.

Thank you for your attention

Respectfully submitted,

/s/ *Jesse Barton, Esq.*
Jesse Barton, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2023